UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 03-768 |
| DEWAYNE SIMMONS | : | JUDGMENT and CONVICTION ON SUPERVISED RELEASE |

This matter having come before the Court on the March 15, 2012 petition of the United States Probation Office for a hearing regarding the failure of defendant DEWAYNE SIMMONS to comply with certain conditions of the term of Supervised Release imposed upon the defendant by this Court on or about February 17, 2005;

and the defendant having appeared before this Court on April 26, 2012, the United States being represented by Paul J. Fishman, United States Attorney for the District of New Jersey (José R. Almonte, Assistant U.S. Attorney, appearing), and defendant DEWAYNE SIMMONS being represented by Carol Gillen, Assistant Federal Public Defender;

and this Court having conducted a hearing during which defendant DEWAYNE SIMMONS entered a guilty plea to violation number 3 of the March 15, 2012 petition, charging that the defendant violated the supervision condition which states, in part: "The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.";

IT IS on this 30 day of April, 2012,

ORDERED that defendant DEWAYNE SIMMONS is adjudged guilty of violating conditions of supervised release. Specifically, it is the finding of this Court that the defendant failed to report to the probation officer in a manner and frequency directed by the Court or probation officer; and

IT IS FURTHER ORDERED that the previously imposed term of Supervised Release is hereby revoked and the offender is hereby committed to the custody of the Bureau of Prisons for a term of 45 days. Upon release, the defendant shall be placed on supervised release for an additional term of 3 years and shall attend and participate in anger management classes, domestic violence counseling, and alcohol and drug testing and treatment as deemed appropriate by the United States Probation Office;

IT IS FURTHER ORDERED that the defendant is to voluntarily surrender at a date and time designated by the Bureau of Prisons; and

IT IS FURTHER ORDERED that violation numbers 1, 2, and 4 of the March 15, 2012 petition of the United States Probation Office is hereby dismissed.

HONORABLE STANLEY R. CHESLER
Senior United States District Judge